Douglas S. Younglove, Esq., SBN 177812
**LAW OFFICES OF JACOB EMRANI**
A Professional Corporation
714 W. Olympic Blvd., Suite 300
Los Angeles, California 90015
Phone: (213) 748-7734
Fax: (213) 748-8879
doug@calljacob.com

Attorneys for Plaintiff, *ELIZABETH FLOREZ*

Mike H. Madokoro, Esq.
Carissa A. Casolari, Esq.
**BOWMAN AND BROOKE, LLP**
970 West 190th Street, Suite 700
Torrance, CA 90502
Phone: (310) 768-3068
Fax: (310) 719-1019
Email: carissa.casolari@bowmanandbrooke.com
Email: mike.madokoro@bowmanandbrooke.com

Attorneys for Defendant, *JO-ANN STORES, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ELIZABETH FLOREZ,<br><br>  Plaintiff,<br>v.<br><br>JO-ANN STORES, LLC and DOES 1 through 50, Inclusive,<br><br>  Defendants. | CASE NO.: 8:22-cv-02256-JVS-ADS<br>JUDGE: Hon. James V. Selna<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>COMPLAINT FILED: December 16, 2022<br>TRIAL DATE: May 28, 2024 |

**TO THIS HONORABLE COURT:**

Plaintiff, ELIZABETH FLOREZ ("Plaintiff"), and Defendant, JO-ANN STORES, LLC ("Defendant" or "Jo-Ann Stores") by and through their attorneys of record, respectfully submit the following Notice of Settlement pursuant to *Local*

1

*Rule 16-15.7*. The Parties reached a preliminary settlement agreement on Friday, July 28, 2023.

The Settlement Agreement is fully executed and Jo-Ann Store's counsel requested and sent settlement funds to Plaintiff's counsel of record on Tuesday, October 31, 2023.  The settlement funds will be provided to Plaintiff by way of her attorney. When the settlement funds are confirmed by Plaintiff's counsel as having been received by counsel for Plaintiff, counsel for Plaintiff will file a Joint Stipulation to Dismiss with prejudice of all of Plaintiff's claims of this lawsuit and related Order within seven (7) days of releasing the settlement funds.

DATED: November 9, 2023    LAW OFFICES OF JACOB EMRANI, APC

By: _____
Douglas Younglove, Esq
Attorneys for Plaintiff,
ELIZABETH FLOREZ

DATED: November 8, 2023    BOWMAN AND BROOKE, LLP

By: _____
Carissa A. Casolari, Esq
Attorneys for Defendant,
JO-ANN STORES, LLC